# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA



FILED
APR 0 7 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ROSHAWN MCGEE,
### Plaintiff,

v.

## MARKSMAN SECURITY LLC,
### Defendant.

Case No.: 1:26-CV-95

Atchley/Dimitm

## COMPLAINT

## JURY DEMAND

Plaintiff, RoShawn McGee, proceeding pro se, for her Complaint against Defendant Marksman Security LLC, states as follows:

## I. PARTIES

1. Plaintiff RoShawn McGee is a resident of Chattanooga, Tennessee.

2. Plaintiff is a member of a protected class under Title VII.

3. Defendant Marksman Security LLC conducts business in Tennessee.

## II. JURISDICTION AND VENUE

4. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

6. Venue is proper in this district.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. Plaintiff filed EEOC Charge No. 494-2025-05457.

8. EEOC issued Notice of Right to Sue on January 7, 2026.

9. Plaintiff files this action within 90 days of receipt.

## IV. FACTUAL ALLEGATIONS

10. Plaintiff was employed as a security officer.

11. Plaintiff raised concerns regarding inconsistent enforcement of assignments.

12. Plaintiff submitted a written complaint regarding unequal treatment and hostile conditions.

13. Plaintiff engaged in protected activity.

14. Plaintiff was terminated on or about February 26, 2025.

15. The temporal proximity supports retaliation.

16. Similarly situated employees outside Plaintiff's protected class were treated more favorably.

17. Defendant's stated reasons were pretextual.

18. Plaintiff suffered damages.

## V. CLAIM FOR RELIEF (Retaliation)

19. Plaintiff incorporates all prior paragraphs.

20. Plaintiff engaged in protected activity.

21. Defendant took adverse action.

22. A causal connection exists.

23. Defendant violated Title VII.

## VI. DAMAGES

24. Plaintiff suffered lost wages, emotional distress, and other damages.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment, damages, and relief deemed appropriate by the Court.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

/s/ RoShawn McGee
RoShawn McGee
Chattanooga, Tennessee
roshawnchafr@gmail.com
423-838-4260

Dated: April 7, 2026